

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**

JUN 02 2021 MO

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JOANNE, KAMINSKI )
)
)
)
Plaintiff(s), )
)
v. )  1:21-cv-02952
"DART" ) Judge: Martha M. Pacold
7575 KOSTNER, AVE ) Magistrate Judge: M. David Weisman
CHICAGO, IL. 560514 )
)
)
Defendant(s). )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is  JOANNE, KAMINSKI  of the county of  COOK  in the state of  IL.

3. The defendant is  DART , whose street address is  7575 KOSTNER, AVE. ,
(city) CHICAGO  (county) COOK  (state) IL.  (ZIP) 560514
(Defendant's telephone number)  (___) – _____

4. The plaintiff sought employment or was employed by the defendant at (street address)
 7575 KOSTNER, AVE  (city) CHICAGO
(county) COOK  (state) IL.  (ZIP code) 560514

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) _06_, (day) _01_, (year) _2021_.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐*has* ☑*has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☐ the United States Equal Employment Opportunity Commission, on or about

   (month)_____ (day)_____ (year)_____.

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes   ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes   ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ✓ Age (Age Discrimination Employment Act).

(b) ✓ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.

    (b) ☒ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ failed to stop harassment;

    (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13.  The facts supporting the plaintiff's claim of discrimination are as follows: DISCRIMINATION PLAINTIFF THINKS THAT ACTS OF RACIAL DISCRIMINATION TOOK PLACE AS OF TERMINATION DATE (06.01.21.) I, JOANNE KAMINSKI THE PLAINTIFF IN THIS CASE THINKS THAT I WAS TERMINATED DUE TO MY AGE (54yrs old) MY POLISH ORIGIN, AND WHITE RACE, SINCE THE "DART" Co. IS RUN AND OWNED BY AFRICAN-AMERICANS AND PUERTO-RICANS. PLEASE REFER TO "WRITE-UP NOTES" FOR MORE INFORMATION / DETAILS.

14.  **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.  The plaintiff demands that the case be tried by a jury. ☐ Yes ☑ No

16.  THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a)  ☐ Direct the defendant to hire the plaintiff.

    (b)  ☐ Direct the defendant to re-employ the plaintiff.

    (c)  ☐ Direct the defendant to promote the plaintiff.

    (d)  ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e)  ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities. MONATERY

    (f)  ☐ Direct the defendant to (specify): PAY DAMAGES TO PLAINTIFF FOR TERMINATING PLAINTIFF / AGE DISCRIMINATION ACT IN EMPLOYMENT OF 1967, CIVIL RIGHTS ACT, TITLE VII OF 1964 /

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☐ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

_Joanne Kaminski_
(Plaintiff's signature)

JOANNE, KAMINSKI
(Plaintiff's name)

10640 BROOKS LN, APT. C4
(Plaintiff's street address)

(City) CHICAGO RIDGE (State) IL. (ZIP) 60415

(Plaintiff's telephone number) (708) – 270-1935

Date: 06-02-2021

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

06.01.21.

United States District Court

For The Northern District Of Il.

Joanne Kaminski

10640 Brooks Ln. Apt.C4

Chicago Ridge, Il. 60415

Re: Racial Discrimination

@ former employer

"DART"

7575 Kostner Ave. Chicago, Il. 560514

I, Joanne Kaminski, have been an employee of " Paramount Staffing Temporary Empoyment Agency, located @ 10137b, South Harlem Ave., Chicago Ridge, Il. Since 01.07.2020.

I was sent out to a one job assignment from which I did resign.

On April 1st, 2021. I did accept another job assignment @ "Dart", located @ 7575 Kostner Ave., Chicago , IL 560514.

Idid work second shift there from 7pm-7am for 2 months, working over 40 hours a week.

The "DART" @ the above mentioned location makes "SOLO" paper cups and Paper plates.

The above mentioned co. is run and owned by Puerto Ricans and African Americans.

Since mine employment with them was through temporary employment agency named above other "Paramount staffing" employees of different ages, races, national origins other then mine work @ that specific location, and that can be found out through their employee attendance log, and "KRONOS" swipe in/out ID card system.

I was let know of mine termination with them through Jose Gutierrez,on-site-manager for "Paramount Staffing" @ the above mentioned location. His mobile ph.#: 773-574-1951, office ph.#: 773-284-0514, fax #: 708-929-4620.

No reason for mine job termination was given to me at all.

I did work there as a packer of "SOLO" paper plates.

Initially, for the first week of mine work there, I was told to run a one plates making machine, and then on a second week of mine work there, they did increase mine workload to run a two separate plates making machines to which I did consent.

Younger then me Puerto Ricans and African –americans were/have been contiously given lighter work loads over me.

A young guy, an African-american named "Kendall", I'm not sure of his job @ "DART", I guess a supervisor for 7p-7a shift always had me work harder than other non-white, non-polish empoyees by having me disinfect/sanitize in and out

plates making machines, conveyor belts, sweep concrete production floor with brooms while other employees were standing around, chit-chatting, putting on

Smirks/sneers; laughing @ me. When I asked him "why don't you have other workers to do the same/", he shrugged it off, let it in one ear and right out the other, and walked away multiple times avoiding/ignoring anymore of mine questions.

I was given a "WRY LOOK" from other African-americans overheads/superiors as to deduce: what I was doing there, me being of white race and them of a black one.

I strongly believe in AMERICAN JUSTICE SYSTEM, AND THAT IT WILL BE CARRIED OUT.

Thank you for you attention to this matter, as dealing with this matter has given me a lot of "aches and pains".

THANK YOU,

Joanne Kaminski.

PLAINTIFF'S CONTACT INFO:
1. EMAIL: jkam0211@gmail.com
2. PH. #: 708-240-1935

Effective today (06/01/2021)

Joanne Kaminski's assignment has been ended at DAET by request of our client.

She is still employed with PARAMOUNT. We can no longer keep her here at DAET.

*[signature]*

6/01/2021

TOMACEWICZ

TRANSLATION FROM THE POLISH LANGUAGE
Doma Centers, Inc, 10144 S. Roberts Rd., Palos Hills, IL 60465, Ph.: 708-974-4441

Emblem of Poland
REPUBLIC OF POLAND

VITAL STATISTIC BUREAU in RADZILOW
Province of lomzynskie
No 20/1988                                      Radzilow, dated 1988.07.20

# MARRIAGE CERTIFICATE

I. **INFORMATION REGARDING PERSONS CONTRACTING MARRIAGE**:

|  | MAN | WOMAN |
|---|---|---|
| 1. Last Name: | PIETRAKA | KAMINSKA |
| 2. Name(s): | Dariusz Krzysztof | Joanna |
| 3. Family Name: | PIETRAKA | KAMINSKA |
| 4. Marital Status: | single | single |
| 5. Date of Birth: | September 08, 1962 | February 11, 1967 |
| 6. Place of Birth: | Gluszyce | Radzilow |
| 7. Place of Residence: | 31 Demin Pl., Wethersfield. Conn- USA | Okrasin 29 |

II. **INFORMATION REGARDING DATE AND PLACE OF MARRIAGE**:

1. Date: twentieth day of July nineteen hundred eighty eight ---------- (20.07.1988) ----------
2. Place: RADZILOW ----------

III. **INFORMATION REGARDING PARENTS**:

**A. FATHER**

|  | | |
|---|---|---|
| 1. Last Name: | PIETRAKA | KAMINSKI |
| 2. Name(s): | Jozef | Henryk |
| 3. Family Name: | PIETRAKA | KAMINSKI |

**B. MOTHER**

|  | | |
|---|---|---|
| 1. Last Name: | PIETRAKA | KAMINSKA |
| 2. Name(s): | Maria | Marianna |
| 3. Family Name: | ZALEWSKA | RUTKOWSKA |

IV. **NAME USED AFTER MARRIAGE**:

1. MAN: PIETRAKA ----------
2. WOMAN: PIETRAKA ----------
3. CHILDREN: PIETRAKA ----------

V.  **INFORMATION REGARDING WITNESSES**:

    1. Last Name:        WISNIEWSKI ---------------   PIETKUN------------------------------
    2. Name:             Kazimierz --------------------   Jadwiga----------------------------------

VI. NOTES:    NONE ---------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------

Signatures of people taking vowels and witnesses:

/-/ Dariusz Krzysztof Pietraka                /-/Jadwiga Pietkun
/-/ Joanna Kaminska                            /-/ Wisniewski Kazimierz

I attest that people mentioned in the part I field today in front of me, agreement to enter the marriage.

                                                                  Manager of Vital Statistic Bureau
                                                           /-/Krystyna Czaplicka, signature illegible

ADDITIONAL NOTES: ------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------------------------

The consistence of the above Statement with the contents of Marriage Certificate is hereby confirmed.

Place for treasury stamp: four treasury stamps; three 30zl each and one 100zl, ------------------------

.......................................... Radzilow, ........ dated 1989.12.05 ...........................................

One round Seal of Vital Statistic Bureau in Radzilow with National Emblem.

                                                          Manager of Vital Statistic Bureau
                                            Krystyna Czaplicka    /-/  signature illegible

**CERTIFICATION OF TRANSLATION**

I, Bozena Koszarek, depose and state that I am fluent in English and Polish, that I am competent to translate between those two languages, and that the attached translation, the original of which is in the Polish language, is a complete, true and correct translation to the best of my knowledge and ability.

_____ on DECEMBER 28, 2020

                                         Doma Centers Inc
                                           10144 S Roberts Rd. Palos Hills IL 60465
                                           Ph. 708-974-4441

Signed and sworn before me this 28th day of December, 2020

_____
            Notary Public

MARTA GADZIALA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
April 10, 2023

NOTARIZED TRANSLATION
EMBLEM OF POLAND, THE REPUBLIC OF POLAND

OFFICE OF CIVIL AFFAIRS IN **Radzilow**
DISTRICT **lomzynskie**
NR **25** **Radzilow,** DATED **February 18, 1967**

## COMPLETE COPY OF BIRTH CERTIFICATE

I. Information concerning child:

1. LAST NAME: **KAMINSKA**
2. FIRST NAME: **JOANNA**
3. SEX: **FEMALE**
4. DATE OF BIRTH: **FEBRUARY 11, 1967**
5. PLACE OF BIRTH: **RADZILOW**

II. Information concerning parents:

|  | *FATHER* | *MOTHER* |
|---|---|---|
| 1. Last name | Kaminski | Kaminska |
| 2. First name | Henryk | Marianna |
| 3. Maiden name | ------------------- | Rutkowska |
| 4. Date of birth | August 23, 1941 | September 27, 1945 |
| 5. Place of birth | Swiecienin | Okrasin |
| 6. Address when child was born | Okrasin | Okrasin |

III. Information regarding person (institution) reporting birth:

1. First and last name: **KAMINSKI HENRYK**
2. Residentional address: **OKRASIN**

IV. Remarks: **In part II – Father – "Swiecie" was changed to "Okrasin"**

Additional Notes: married to a citizen Pietraka Dariusz Krzysztof on 20. 07. 1988 in Vital Statistic Bureau in Radzilow file no 20/1988

One round Seal of Vital Statistic Bureau in Radzilow with National Emblem --------------------

Place for treasury stamp: ------------------------------------------------------------------------------------

The consistence of the above Statement with the contents of Birth Certificate is hereby confirmed.

…………………………..Radzilow, ……………. dated, 1997.08.07 …………………….

Manager of Vital Statistic Bureau
mgr Grazyna Wielkiewicz , / - / signature illegible


CERTIFICATION OF TRANSLATION

I, Bozena Koszarek, depose and state that I am fluent in English and Polish, that I am competent to translate between those two languages, and that the attached translation, the original of which is in the Polish language, is a complete, true, and correct translation to the best of my knowledge and ability.

_____ on ____DECEMBER 28, 2020____

Doma Centers Inc
10144 S Roberts Rd. Palos Hills IL 60465
Ph. 708-974-4441


Signed and sworn before me this 28th day of December, 2020

_____
Notary Public

MARTA GADZIALA
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
April 10, 2023

**TRANSLATION FROM THE POLISH LANGUAGE**
DOMA Centers, 10144 S. Roberts Rd., Palos Hills, IL 60465, tel. 708 974 4441

Emblem: POLISH EAGLE
Polish People's Republic

VITAL STATISTIC BUREAU in RADZILOW
Province of lomzynskie
No 25                                    Radzilow, dated February 18, 1967

# BIRTH CERTIFICATE

## I. DATA CONCERNING CHILD

1. Last Name:        KAMINSKA
2. Name(s):          Joanna
3. Sex:              Female
4. Date of Birth:    eleventh day of February nineteen hundred sixty seven (11. 02. 1967) year
5. Place of Birth:   RADZILOW

## II. DATA CONCERNING PARENTS

|  | Father | Mother |
|---|---|---|
| 1. Last Name | KAMINSKI | KAMINSKA |
| 2. Name(s) | Henryk | Marianna |
| 3. Family Name |  | RUTKOWSKA |
| 4. Date of Birth | August 23, 1941 | September 27, 1945 |
| 5. Place of Birth | Swiecienin | Okrasin |
| 6. Place of Residence | Okrasin | Okrasin |

## III. DATA CONCERNING PERSON (INSTITUTION) REPORTING BIRTH

1. First and Last Name (Name of the Institution): Kaminski Henryk
2. Place of Residence: Okrasin

IV. NOTES: In part II, item 7- Father deleted" Swiecienin" and entered " Okrasin"

Signature of the person reporting Birth
/-/ Kaminski H.

Manager of Vital Statistic Bureau
/-/ J. Rejno

**CERTIFICATION OF DISSOLUTION OF MARRIAGE/ CERTIFICATE OF CHANGE OF NAME** JD-CL-34 REV. 5-94



STATE OF CONNECTICUT
SUPERIOR COURT

JUDICIAL DISTRICT OF TOLLAND AT ROCKVILLE   DOCKET NO. FA00 0073275 S

| NAME OF CASE (Plaintiff v. Defendant) | DATE OF JUDGMENT |
|---|---|
| PIETRAKA, JOANNE V. PIETRAKA, DARIUSZ | January 22, 2001 |

### SECTION 1 - CERTIFICATION OF DISSOLUTION OF MARRIAGE

This is to certify that Judge Klaczak of the Superior Court, on the Date of Judgment shown above, dissolved the marriage of Joanne Pietraka and Dariusz Pietraka and decreed and declared said persons to be single and unmarried.

### SECTION II - CERTIFICATE OF CHANGE OF NAME

(Provide change of name information only where the party concerned requests that any change of name granted as part of the dissolution be shown on this document.)

As part of the dissolution of marriage, the name of the Plaintiff was changed From Pietraka to Kaminski.

### SECTION III - CERTIFICATION

Certification of Section I only

IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of said court
on: (Date)

SIGNED (Adm. Assistant)

X   Certification of Sections I and II

IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of said court
on: (Date)  1/22/01

SIGNED (Court Clerk II)

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

No. 23514725



INS Registration No. A42 872 238

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

*Joanne Pietraka*
(Complete and true signature of holder)

Personal description of holder as of date of naturalization:
Date of birth: FEBRUARY 11, 1967
Sex: FEMALE
Height: 5 feet 02 inches
Marital status: MARRIED
Country of former nationality: POLAND

Be it known that, pursuant to an application filed with the Attorney General at: HARTFORD, CT

The Attorney General having found that:

JOANNE PIETRAKA

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

U.S. DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

at: HARTFORD, CT on: JUL 11 1997

that such person is admitted as a citizen of the United States of America.

*Doris Meissner*
Commissioner of Immigration and Naturalization



IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

DEPARTMENT OF JUSTICE

FORM N-550 REV. 6-91