IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOANNE KAMINSKI,<br><br>                     Plaintiff,<br><br>      v.<br><br>DART CONTAINER CORPORATION,<br><br>                     Defendant. | Case No. 1:21-cv-02952<br><br>Judge Martha M. Pacold<br><br>Magistrate M. David Weisman |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT OF EMPLOYMENT DISCRIMINATION

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant Dart Container Corporation ("Dart") respectfully moves this Court for an Order dismissing Plaintiff's Complaint of Employment Discrimination (the "Complaint"). Plaintiff's Complaint should be dismissed because Plaintiff failed to timely file a Charge of Discrimination with the Equal Employment Opportunity Commission or the Illinois Department of Human Rights and, thus, failed to exhaust her administrative remedies. In support of this Motion, Dart files herewith a Memorandum of Law.

Dated: March 30, 2022

Respectfully submitted,

**DART CONTAINER CORPORATION**

By:  /s/ *Sonya Rosenberg*
      One of Its Attorneys

Sonya Rosenberg (srosenberg@nge.com)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, Illinois 60602-3801
(312) 269-8000

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on March 30, 2022, she served a copy of the foregoing **Defendant's Motion to Dismiss Plaintiff's Complaint of Employment Discrimination** to be served pursuant to the Court's ECF system and via U.S. Mail on the following party of record:

>Joanne Kaminski
>10640 Brooks Ln., Apt. C4
>Chicago Ridge, IL 60415

>/s/ *Sonya Rosenberg*
>One of the Attorneys for Defendant